**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LLOYD DEE WILLIAMS**                                                 **PLAINTIFF**

**V.**                       **4:15CV00244 JM**

**SHAWN HARRIS,
Deputy Sheriff, Pope County
Sheriff's Department, ET AL,**                               **DEFENDANTS**

## ORDER

On January 7, 2016, the Court ordered Plaintiff to show cause why he had not responded to the Defendants' Motion to Compel which was filed on December 1, 2015. The Court directed Plaintiff to file a response to the show cause order by January 19, 2016. Plaintiff has failed to respond. Further, Plaintiff has not communicated with the Court since September 9, 2015 when he provided the Court with a change of address.  Since that time, the Court has received two notices stating that mail sent to the Plaintiff at his new address was undeliverable.

Therefore, the case is dismissed without prejudice for Plaintiff's failure to prosecute.  *See Link v. Wabash R. Co.*, 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted. The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts.")*;* Fed. R.Civ. P. 41(b); Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2)*.* The Clerk is directed to close the case.

IT IS SO ORDERED this 25th day of January, 2016.

                                                                                     James M. Moody Jr.
                                                                                     United States District Judge